UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CLAUDE PLUMMER                                                    PLAINTIFF

v.                              CIVIL ACTION NO. 3:11CV-P623-H

PAT BROWN                                                  DEFENDANT

**MEMORANDUM OPINION**

       Plaintiff Claude Plummer filed a *pro se* civil complaint on his own paper.  Under the Court's Local Rules, *pro se* complaints generally should be written on court-supplied forms.  *See* LR 5.2.  Therefore, by Order entered December 12, 2011, the Court directed Plaintiff to fill out and return the appropriate form to the Court.  The Court warned Plaintiff that his failure to comply within 30 days would result in dismissal of this action.

       The response time has expired with Plaintiff having neither responded nor shown good cause for his failure to do so.  Accordingly, by separate Order, the Court will dismiss the instant action for failure to prosecute and for failure to comply with a prior Order of this Court pursuant to Fed. R. Civ. P. 41(b).

Date:


cc:      Plaintiff, *pro se*
4412.005